## CHRIS DANIEL

### HARRIS COUNTY DISTRICT CLERK

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
11/23/2015 2:07:38 PM
CHRISTOPHER A. PRINE
Clerk

November 19, 2015

CHIP LEWIS
ATTORNEY OF RECORD
1207 SOUTH SHEPHERD
HOUSTON, TX 77019

Defendant's Name: TERRY BROWN

Cause No: 1487550

Court: 338TH DISTRICT COURT

Please note the following appeal updates on the above mentioned cause:

**Notice of Appeal on Writ of Habeas Corpus filed:** 11/16/15 **Ruling Made:**
DENIED ON 11/16/15
**Court of Appeals Assignment: Fourteenth Court of Appeals**
**Appeal Attorney of Record:** CHIP LEWIS

Sincerely,

S. NORRIS
Criminal Post Trial Deputy

CC:  Devon Anderson
District Attorney
Appellate Division
Harris County, Texas

This is your notice to inform any and all substitute reporters in this cause.

1201 Franklin  P.O.Box 4651  Houston, Texas  77210-4651

Cause No. 1487550

THE STATE OF TEXAS

P2

Terry Brown , A/K/A/ _____

V.

338 District Court / County Criminal Court at Law No. _____

Harris County, Texas

## NOTICE OF APPEAL

**TO THE HONORABLE JUDGE OF SAID COURT:**

On November 16, 2015 (date), the defendant in the above numbered and styled cause gives NOTICE OF APPEAL of his conviction.

The undersigned attorney (check appropriate box):

☐ MOVES to withdraw.

☑ ADVISES the court that he will CONTINUE to represent the defendant on appeal.

11/16/2015
**Date**

Terry Brown
**Defendant (Printed name)**

**FILED**
Chris Daniel
District Clerk

NOV 16 2015

Time: _____
Harris County, Texas

a by ADNill
**Attorney (Signature)**

Chip B. Lewis
**Attorney (Printed name)**

00791107
**State Bar Number**

1707 S. Shepherd Hou TX
**Address**

7135737878
**Telephone Number**

The defendant (check all that apply):

☐ REPRESENTS to the court that he is presently INDIGENT and ASKS the court to immediately APPOINT appellate counsel to represent him.

☐ ASKS the Court to ORDER that a free record be provided to him.

☐ ASKS the court to set BAIL.

Accordingly, Appellant ASKS the Court to conduct a hearing, make findings, and enter an Order Granting the requested relief.

X _____
**Defendant (Signature)**

Terry Brown
**Defendant's Printed name**

SWORN TO AND SUBSCRIBED BEFORE ME ON _____ NOV 16 2015 _____

By Deputy District Clerk of Harris County, Texas _____

## ORDER

On _____ the Court conducted a hearing and **FINDS** that defendant / appellant

☑ **IS NOT** indigent at this time.

☐ **IS** indigent for the purpose of

    ☐ employing counsel

    ☐ paying for a clerk's and court reporter's record.

    ☐ employing counsel or paying for a clerk's and court reporter's record.

The Court **ORDERS** that

☐   Counsel's motion to withdraw is **GRANTED / DENIED.**

☐   Defendant / appellant's motion (to be found indigent) is **DENIED.**

☐   Defendant's / appellant's motion is **GRANTED** and

    ☐ _____(attorney's name & bar card number)
    is **APPOINTED** to represent defendant / appellant on appeal.

    ☐ The **COURT REPORTER** is **ORDERED** to prepare and file the reporter's record without charge to defendant / appellant.

**BAIL IS:**

☐   SET at $ _____

☑   **TO CONTINUE** as presently set.

☐   **DENIED** and is SET at **NO BOND.** (Felony Only)

DATE SIGNED: ___11/16/15___

_____
JUDGE PRESIDING,
    DISTRICT COURT /
COUNTY CRIMINAL COURT AT LAW NO. ____,
HARRIS COUNTY, TEXAS



Cause No. **1487550**

| | |
|---|---|
| THE STATE OF TEXAS | IN THE _338_ DISTRICT COURT |
| v. | COUNTY CRIMINAL COURT AT LAW NO. _____ |
| _Terry Brown_ , Defendant | HARRIS COUNTY, TEXAS |

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, judge of the trial court, certify this criminal case:

- [x] is not a plea-bargain case, and the defendant has the right of appeal. [*or*]
- [ ] is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial, and not withdrawn or waived, and the defendant has the right of appeal. [*or*]
- [ ] is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal. [*or*]
- [ ] is a plea-bargain case, and the defendant has NO right of appeal. [*or*]
- [ ] the defendant has waived the right of appeal.

**FILED**
Chris Daniel
District Clerk

NOV 1 6 2015

NOV 1 6 2015

Harris County, Texas

_____        Date Signed        Time: _____
Judge                                                          By _____ Deputy

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a *pro se* petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals's judgment and opinion to my last known address and that I have only 30 days in which to file a *pro se* petition for discretionary review in the court of appeals. TEX. R. APP. P. 68.2 I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a *pro se* petition for discretionary review.

X _____        _Chip B. Lewis_____
Defendant                                        Defendant's Counsel

Mailing Address: _____        State Bar of Texas ID number: _00791107_

Telephone number: _____        Mailing Address: _1201 S. Shepd Hou Tx_

Fax number (if any): _____        Telephone number: _713 523 7878_

Fax number (if any): _713 523 7881_

---

* "A defendant in a criminal case has the right of appeal under these rules. The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order. In a plea bargain case-that is, a case in which a defendant's plea was guilty or *nolo contendere* and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant - a defendant may appeal only: (A) those matters that were raised by a written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal." TEXAS RULES OF APPELLATE PROCEDURE 25.2(a)(2).

14th

# APPEAL CARD

11-30-15

Court
338th

Cause No.
1487550

### The State of Texas
Vs

Brown, Terry

11-16-15

Date Notice
Of Appeal: 11-16-2015

Presentation:      Vol._____ Pg._____

Judgment:      Vol._____ Pg._____

Judge Presiding Brock Thomas
Court Reporter Lindsay Bredondo
Court Reporter_____
Court Reporter_____

Attorney
on Trial Chip Lewis

Attorney
on Appeal Chip Lewis

Appointed_____ Hired /

Offense POSS W/INT DEL CS

Jury Trial:    Yes_____ No /

Punishment
Assessed N/A

Companion Cases
(If Known) 1487551

Amount of
Appeal Bond 200k

Appellant
Confined:    Yes / No_____

Date Submitted
To Appeal Section -NOV 16 2015

Deputy Clerk_____

22/998